

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2013

No. 04-13-00365-CR

Adrian **GUERRERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2352
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." We therefore **ORDER** the trial court clerk to file, within ten days of the date of this order, a electronic clerk's record containing the following documents:

1.  All pre-trial motions and the orders on those motions, if any;

2.  All documents relating to the defendant's plea bargain, including the court's admonishments, the defendant's waiver and consent to stipulation of testimony, and any other stipulations;

3.  The judgment;

4.  All post-judgment motions and the orders on those motions, if any;

5.  The notice(s) of appeal;

6.  The trial court's certification of defendant's right of appeal; and

7.  The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is **ORDERED** to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter responsible for preparing the reporter's record in this appeal.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2013.

Keith E. Hottle
Clerk of Court